IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DEVERICK SCOTT**
**ADC #131042**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　No. 5:16-cv-65-DPM

**WENDY KELLEY**, Director, Arkansas
Department of Correction, *et al.*　　　　　　　　　　**DEFENDANTS**

ORDER

1. On *de novo* review, the Court adopts the recommendation, № 61, and overrules Scott's objections, which mostly repeat his summary judgment arguments. № 63 & 58; FED. R. CIV. P. 72(b)(3). Nothing in Scott's new material, № 63 at 23–26, undercuts the Magistrate Judge Kearney's conclusions, though. Motion for summary judgment, № 53, granted. Scott's remaining claims will be dismissed with prejudice.

2. Motion for copies, № 64, granted. The Court directs the Clerk to send Scott a copy of the docket sheet with this Order.

So Ordered.

　　　　　　　　　　　　　　　　　_D.P. Marshall Jr._
　　　　　　　　　　　　　　　　　D.P. Marshall Jr.
　　　　　　　　　　　　　　　　　United State District Judge

　　　　　　　　　　　　　　　　　6 July 2017