IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                               PLAINTIFF

v.                          No. 5:16-cv-65-DPM

WENDY KELLEY, Director, Arkansas
Department of Correction, *et al.*                                        DEFENDANTS

## JUDGMENT

**1.** Scott's claims about lost or stolen property are dismissed without prejudice.

**2.** Scott's claims against Strout, Morris, Montgomery, Cloird, and Sorrell are dismissed without prejudice.

**3.** The remainder of Scott's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United State District Judge

6 July 2017